IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-0630-ZLW-BNB

STATE FARM INSURANCE COMPANY,

      Plaintiff,

v.

MERRY SUE CLARK (f/k/a Merry Sue Harrington), and
MICHAEL SCOTT HARRINGTON,

      Defendants.

_____

ORDER
_____

In consideration of the Notice Of Settlement filed by Plaintiff on May 19, 2006, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before June 2, 2006.  If by that date settlement papers have not been received by the Court, on June 9, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  24  day of May, 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Judge
United States District Court