IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-0630-ZLW-BNB

STATE FARM INSURANCE COMPANY,

      Plaintiff,

v.

MERRY SUE CLARK (f/k/a Merry Sue Harrington), and
MICHAEL SCOTT HARRINGTON,

      Defendants.

_____

ORDER
_____

      The matter before the Court is a Mutual Release And Settlement Of Any And All Claims filed on June 13, 2006.  Pursuant to paragraph 6. of that Mutual Release, Plaintiff has agreed to file a Motion To Dismiss With Prejudice.  Therefore, it is

      ORDERED that Plaintiff shall file a Motion To Dismiss With Prejudice on or before June 23, 2006.  If by that date said motion has not been received by the Court, on June 30, 2006, the case will be dismissed without prejudice.

      DATED at Denver, Colorado, this   14   day of June, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Judge
United States District Court