IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-0630-ZLW-BNB

STATE FARM INSURANCE COMPANY,

    Plaintiff,

v.

MERRY SUE CLARK (f/k/a Merry Sue Harrington), and
MICHAEL SCOTT HARRINGTON,

    Defendants.
_____

### ORDER OF DISMISSAL
_____

Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by Plaintiff's attorney and Defendants personally, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and fees.

DATED at Denver, Colorado, this __23__ day of June, 2006.

                                          BY THE COURT:

                                          _____
                                          ZITA L. WEINSHIENK, Senior Judge
                                          United States District Court